O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT ANTHONY JONES, | ) | Case No. |
|     Petitioner-Appellant | ) | |
| | ) |    [CV 13-08906 DDP] |
|     v. | ) | |
| | ) | CR 09-00460 DDP ✓ |
| UNITED STATES OF AMERICA, | ) | |
|      Respondent, | ) | **ORDER DENYING APPLICATION FOR** |
| | ) | **CERTIFICATE OF APPEALABILITY** |
| | ) | |
| _____ | ) | |

Having reviewed petitioner-appellant's application and the court record, the Court concludes that reasonable jurists could not disagree with the Court's determination of Petitioner's constitutional claims. See <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 327 (2003). Petitioner, therefore, has not made a substantial showing of the denial of a constitutional right. <u>Id.</u> Accordingly, the Court DECLINES to issue a certificate of appealability. 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

Dated: October 16, 2014

                                                DEAN D. PREGERSON
                                                United States District Judge